LAW OFFICES OF STEPHEN BENDA
Stephen Benda (SBN 126608)
750 Menlo Avenue, Suite 350
Menlo Park, CA 94025
Telephone: (650) 323-6600
Fax (650) 323-6642

Attorneys for Creditor
Ning Liu

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM KWOK WAI WONG aka KWOK WAI WONG, aka WILLIAM WONG,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No. 13-41150 RLE 7<br><br>Adv. Proc. No. 13-04114<br><br>**DECLARATION OF STEPHEN BENDA IN SUPPORT OF EX PARTE MOTION TO CONTINUE CALENDAR DATES** |
| NING LIU,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KWOK WAI WONG aka KWOK WAI WONG, aka WILLIAM WONG,<br><br>Defendant. | |

I, Stephen Benda, declare as follows:

1. I am a member of the State Bar in good standing and attorney of record for Plaintiff Ning Liu.

2. The above-referenced case is an adversarial proceeding by our client Ning Liu vs. William Wong to void discharge of certain debts to our client pursuant to 11 USC § 523(a)(4) & (6) in respect to acts following entry of judgment for the "discharged" amounts from a State Court

Declaration of Stephen Benda in Support of Ex Parte Motion to Continue Calendar Dates
Liu v. Wong; BK 13-41150 RLE7 and AP 13-04114                                      Page 1 of 3

Case: 13-04114    Doc# 18    Filed: 08/19/14    Entered: 08/19/14 12:54:15    Page 1 of 3

judgment entered against Mr. Wong in a previous State action.

3. There is a second State Court trial regarding Mr. Wong's and other trial actions following the entry of the first State Court judgment, which would be determinative of this proceeding now pending in this adversarial case. The second State Court case is in Alameda County Superior Court and was filed on August 20, 2010. The bench trial began on March 17, 2014, and finished on April 7, 2014 was heard over a period of several days during this time period by Judge Robert Freedman.

4. The post-trial briefs that the State Court has asked the parties to file were filed on April 30, 2014, to aid the Court in rendering its tentative decision. The return date for the litigants is now **September 12, 2014**, and the Court announced that it expects to render its tentative decision at the end of **August 2014**.

5. State Court procedure allows each side the right to request a statement of decision which procedure can take up to 60 days before the Court issues its statement of decision. Subsequently or concurrently, the Court or any party asked by the Court can prepare a draft judgment for the Court's signature. Accordingly, it is likely that a final judgment by the Trial Court would not be entered on or before November 15, 2014.

6. Accordingly, dispositive motions to be filed and heard in Bankruptcy Court could quite likely take the litigants in this Court through December 31, 2014. With a potential settlement date up to say January 31, 2015, and if not settled pursuant to the previous orders, the pre-trial conference in the Bankruptcy Court might be held on February 10, 2015 usefully.

7. Given the above, it appears that the time table pursuant to the ex parte order continuing calendar dates, docket number 16 entered on April 30, 2014, is certainly no longer viable.

8. My suggestion is that a new order be issued giving the litigants in bankruptcy court through December 31, 2014 to file and hear any dispositive decisions with a potential date up to January 31, 2015, and a pre-trial conference in Bankruptcy Court to be held on February 10, 2015.

9. I have discussed this matter with the opposing attorney, Ms. Uy the attorney for Mr. Wong and she is agreeable to having such an Order entered by the Court should the Court assent to the dates.

LAW OFFICES OF
STEPHEN BENDA
750 Menlo Ave., Suite 350
Menlo Park, CA 94025
TEL: (650) 323-6600

Declaration of Stephen Benda in Support of Ex Parte Motion to Continue Calendar Dates
Liu v. Wong; BK 13-41150 RLE7 and AP 13-04114

Page 2 of 3

Case: 13-04114    Doc# 18    Filed: 08/19/14    Entered: 08/19/14 12:54:15    Page 2 of 3

1     I declare under penalty of perjury under the laws of the State of California that the foregoing
2 is true and correct.
3 Dated: August 19, 2014

4                                             /s/ Stephen Benda
                                              Stephen Benda

LAW OFFICES OF
STEPHEN BENDA
750 Menlo Ave., Suite 350
Menlo Park, CA 94025
TEL: (650) 323-6600

Declaration of Stephen Benda in Support of Ex Parte Motion to Continue Calendar Dates
Liu v. Wong; BK 13-41150 RLE7 and AP 13-04114